UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:06-CR-117 RM |
| | ) | |
| RICARDO TELFER | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on January 14, 2008 [Doc. No. 17]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Ricardo Telfer's plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 18 U.S.C. § 922(g)(3) and 924(a)(2).

SO ORDERED.

ENTERED: __February 4, 2008__

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court